No. 82–1847.   STRICKLAND, AS PERSONAL REPRESENT-
ATIVE OF STRICKLAND v. ROOSEVELT COUNTY RURAL ELEC-
TRIC COOPERATIVE ET AL.   Ct. App. N. M.   Certiorari
denied.

No. 82–1850.   WASHINGTON WILDLIFE PRESERVATION,
INC., ET AL. v. MINNESOTA DEPARTMENT OF NATURAL RE-
SOURCES ET AL.   Sup. Ct. Minn.   Certiorari denied.

No. 82–1852.   ADAMSONS v. AMERICAN AIRLINES.   Ct.
App. N. Y.   Certiorari denied.

No. 82–1878.   DAVID v. UNITED STATES.   C. A. 6th Cir.
Certiorari denied.

No. 82–1887.   SHELTON v. UNITED STATES.   C. A. 9th
Cir.   Certiorari denied.

No. 82–1891.   SAN DIEGO COUNTY ASSOCIATION FOR THE
RETARDED v. NATIONAL LABOR RELATIONS BOARD.   C. A.
9th Cir.   Certiorari denied.

No. 82–1912.   BROWN v. FLORIDA.   Sup. Ct. Fla.   Cer-
tiorari denied.

No. 82–1924.   SENA v. UNITED STATES.   C. A. 6th Cir.
Certiorari denied.

No. 82–1926.   KOPITUK ET AL. v. UNITED STATES.   C. A.
11th Cir.   Certiorari denied.

No. 82–1933.   DABEIT v. UNITED STATES.   C. A. 5th Cir.
Certiorari denied.

No. 82–1937.   RODRIGUEZ-RAMOS v. UNITED STATES.
C. A. 1st Cir.   Certiorari denied.

No. 82–1940.   I. S. JOSEPH CO., INC., ET AL. v.
PARTREDERIET LISTA ET AL.   Sup. Ct. Minn.   Certiorari
denied.